UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SAMANTHA PIZANA, | § § § | |
| Plaintiff, | § | |
| VS. | § § | CIVIL ACTION NO. 1:19-CV-55 |
| JERRY'S AUTO SALES, *et al.*, | § § § | |
| Defendants. | § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION

On July 23, 2019, the United States Magistrate Judge issued a Report and Recommendation (Doc. 19) recommending that Plaintiff Samantha Pizana's Motion to Remand (Doc. 10) should be denied and that Defendant Jerry's Auto Sales's Motion to Dismiss (Doc. 12) should be granted. No party objected to the Report and Recommendation.

After considering the Report and Recommendation and the applicable law, the Court **ADOPTS** the Report and Recommendation. Accordingly, it is:

**ORDERED** that the Motion to Remand (Doc. 10) is **DENIED**; and

**ORDERED** that Defendant Jerry's Auto Sales's Motion to Dismiss (Doc. 12) is **GRANTED** and all claims made against Jerry's Auto Sales are dismissed with prejudice.

This Order affects no causes of action that Pizana alleges against Defendant FCA US LLC.

SIGNED this 10th day of September, 2019.

_____
Fernando Rodriguez, Jr.
United States District Judge